IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-40341
Summary Calendar

SERGIO HIRAM ALVIDREZ,

Plaintiff-Appellant,

versus

KENNETH W. WILLIAMS, Assistant Warden; CHARLES BELL; ERNEST H.
GUTERREZ, JR.; STEVE SANGSTER; EMIL C. GARZA; BRUCE V. PETERSON;
MICHAEL BAILEY

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(V-96-CV-8)

December 16, 1998

Before JOHNSON, DUHE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Sergio Hiram Alvidrez, Texas prisoner no. 512255, appeals the
district court's order dismissing his 42 U.S.C. § 1983 claims as
frivolous.  After reviewing the record and Alvidrez's arguments on
appeal, we AFFIRM for the reasons given by the district court.  See
Alvidrez v. Williams, G-96-CV-008 (S.D. Tex., Feb. 26, 1998).

---

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5th CIR. R. 47.5.4.